The People of the State of New York, Respondent, v. Bertal Thingstead and John Kulka, Appellants.

Argued November 29, 1939; decided December 28, 1939.

*Arthur J. W. Hilly* and *Frederick J. Sullivan* for Bertal Thingstead, appellant.

*Saul Price* and *Benjamin Wohl* for John Kulka, appellant.

*Thomas E. Dewey,* District Attorney (*Stanley H. Fuld* and *Manuel Robbins* of counsel), for respondent.

As to each defendant: Judgment of conviction affirmed; no opinion.

Concur: Crane, Ch. J., Lehman, Hubbs, Loughran, Finch and Rippey, JJ. Taking no part: O'Brien, J.